| | | |
|---|---|---|
| Bernard Glasser<br>1910-1983<br>Melvin R. Zimm<br>1953-2009<br>———<br>Richard S. Glasser<br>Michael A. Glasser<br>William H. Monroe, Jr.[*]<br>Kip A. Harbison<br>Mark K. Groves<br>Charlotte E. Vaughn<br>Marc C. Greco[**]<br>Stephen R. Meenan | <br>Attorneys and Counsellors at Law<br><br>Crown Center, Suite 600<br>580 East Main Street<br>Norfolk, Virginia 23510-2212<br>Telephone: (757) 625-6787<br>Facsimile:  (757) 625-5959<br>www.glasserlaw.com<br>1932 – Celebrating our 79th Year – 2011<br><br>Writer's Direct Dial No.: | Richard A. Knee[***]<br>Karen M. Zello<br>L. Robert Richman[****]<br>Timothy R. Spaulding<br>Daniel T. Bengston<br>Melissa M. Watson Goode<br>Michele S. Cumberland[****]<br>Erin C. Quinn<br>Jason L. Hamlin<br>Alexander N. Rouhani<br>Alex E. Wallin<br>Chaunacie L. Wilkerson<br>Amanda R. Bertman<br>———<br>[*]    Also admitted in DC<br>[**]   Also admitted in LA<br>[***]  Also admitted in TX<br>[****] Also admitted in MD |

May 5, 2011

David C. White
6688 Tatum Rd.
Disputanta, VA 23842

Re:     In Re David C. White
        Case No.:  09-33543-DOT

Dear Mr. White:

In accordance with the provisions of the Consent Order entered in the above referenced bankruptcy case on April 4, 2011, you are hereby advised that:

1. You have failed to file the modified Chapter 13 plan required to be filed on or before April 15, 2011 each in accordance with the aforesaid Consent Order;

2. You must take one of the following actions within fourteen (14) days of the date of this notice of default:

    a. cure the default; or
    b. file an objection with the Court stating that no default exists; or
    c. file an objection with the Court stating any other reason why an Order granting relief from the automatic stay should not be entered.

David C. White
May 5, 2011
Page 2

    3. If you do not take one of the actions set forth in paragraph 2 herein, MidFirst Bank may file a certificate that it has complied with the terms of this Order and a proposed Order granting it relief from the automatic stay without further notice or hearing which the Court may enter.

    4. If the automatic stay is terminated, the collateral may be sold at foreclosure.

Please govern yourself accordingly.

Very truly yours,

GLASSER AND GLASSER, P.L.C.

/s/Melissa M. Watson Goode

Melissa M. Watson Goode

MMWG:jwr

cc:    William C. Redden, Clerk (Via electronic transmittal)
       Jason Meyer Krumbein, Esquire (Via electronic transmittal)
       Carl M. Bates, Esquire (Via electronic transmittal)